**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mark Ramos,

          Petitioner,

v.

Scott Fisher, Warden,

          Respondent.

Civil No. 13-cv-1059 (ADM/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner Mark Ramos's Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED**; and

3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 14, 2014

          s/Ann D. Montgomery
          ANN D. MONTGOMERY
          United States District Judge